AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| AMBROSE, , DONETTA W. | U.S. DIST. CT. WESTERN DIST. PA | 04/26/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 620 U.S. POST OFFICE & COURTHOUSE<br>700 GRANT STREET<br>PITTSBURGH, PA 15219-1906 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER | BOARD OF DIRECTORS - MAGEE WOMEN'S HOSPITAL |
| 2. MEMBER | BOARD OF DIRECTORS - MAGEE WOMEN'S RESEARCH CORPORATION |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2 | |
| 3 | |

RECEIVED 2010 MAY -3 P 11: 50 FINANCIAL DISCLOSURE OFFICE

Ambrose, Donetta W.

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, . DONETTA W. | 04/26/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | PENNSYLVANIA STATE EMPLOYEES RETIREMENT SYSTEM | $24,527.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | SELF EMPLOYED ATTORNEY |
| 2. | 2009 | AIGA - PENSION |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | PA BAR ASSOC | 2/2009 | ST. THOMAS, U S V.I | MID YEAR MEETING | TRANSPORT, LODGING, FOOD |
| 2. | NY INTELLECTUAL PROPERTY LAW ASSOC | 3/2009 | NEW YORK, NEW YORK | ANNUAL DINNER | TRANSPORT, LODGING, FOOD |
| 3 | AMERICAN JUDICATURE SOCIETY | 5/2009 | NEW YORK, NEW YORK | DEVITT AWARD COMMITTEE | TRANSPORT, LODGING, FOOD |
| 4 | AMERICAN JUDICATURE SOCIETY | 9/2009 | WASHINGTON, D C | DEVITT AWARD COMMITTEE | TRANSPORT, LODGING, FOOD |
| 5 | ACAD OF TRIAL LAWYERS | 10/2009 | FARMINTON, PA | ANNUAL RETREAT | LODGING, FOOD |

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, , DONETTA W. | 04/26/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions )*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FIRST NATIONAL BANK | BUSINESS LOAN | L |
| 2. 1ST COMMONWEALTH BANK | BUSINESS LOAN | M |
| 3. | | |
| 4 | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AMBROSE, , DONETTA W. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ALLEGHENY CO US GVT FCU | C | Interest | L | T | | | | | |
| 2.  FIRST NATIONAL BANK (X) | A | Interest | J | T | | | | | |
| 3.  COMMERICAL RENTAL NEW KENSINGTON WESTMORELAND CO PA | D | Rent | M | R | | | | | |
| 4.  MORGAN STANLEY (Y) | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1 Income Gain Codes       A = $1,000 or less          B = $1,001 - $2,500          C = $2,501 - $5,000          D = $5,001 - $15,000          E = $15,001 - $50,000
(See Columns B1 and D4)   F = $50,001 - $100,000     G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2 Value Codes             J = $15,000 or less         K = $15,001 - $50,000       L = $50,001 - $100,000        M = $100,001 - $250,000
(See Columns C1 and D3)   N = $250,001 - $500,000    O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
                          P3 = $25,000,001 - $50,000,000                          P4 = More than $50,000,000
3 Value Method Codes      Q = Appraisal               R = Cost (Real Estate Only)   S = Assessment                T = Cash Market
(See Column C2)           U = Book Value              V = Other                   W = Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| AMBROSE, , DONETTA W. | 04/26/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1  THE PROPERTY FORMERLY LISTED AS RESIDENTIAL RENTAL, NEW KENSINGTON WESTMORELAND COUNTY WAS DEMOLISHED IN 2009

PART VII - LINE 3
   COMMERCIAL RENTAL PROPERTY - NEW KENSINGTON, WESTMORELAND COUNTY, PA 15068
   PURCHASED 5/96 - COST PLUS IMPROVEMENTS - $176,435

PART VII - LINE 4
   THERE WAS NO INCOME ASSICIATED WITH MORGAN STANLEY FOR THE YEAR PE 2009

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N E
Washington, D C 20544